Criminal Case Cover Sheet                                     **U.S. DISTRICT COURT**

**Place of Offense:**
City __Tupelo / Okolona__     Related Case Information:

County/Parish __Lee / Chickasaw__     Superseding Indictment     Docket Number __1:12 CR 167__
         Same Defendant_____ New Defendant_____
         Magistrate Judge Case Number
         Search Warrant Case Number
         R 20/R 40 from District of

RECEIVED NOV 2 8 2012 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

**Defendant Information:**

     Juvenile    Yes____ No_X___ If yes, Matter to be sealed____Yes____No

Defendant Name___Denorris Howell_____

Alias Name_____

Address___Waterford, MS 38685_____

Birthdate XX/XX/1983    SS# XXX-XX-5723_____    Sex_M__ Race_B__ Nationality

**U.S. Attorney Information:**

AUSA ___Scott F. Leary_____ Bar # _____8985_____
AUSA _____ Bar # _____

Interpreter:    [x] No    [ ] Yes    List Language and/or dialect:

**Location Status:**

Arrest date

[ ] Already in Federal Custody as of _____ in
[ ] Already in State Custody
[ ] On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1___ [ ] Petty [ ] Misdemeanor [x] Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1   21.846CD.F | Conspiracy to Distribute Controlled Substance | 1 |
| Set 2   21.853.F | Criminal Forfeitures | F |

Date: 11/28/2012    Signature of AUSA Scott F. Leary_____
S 45 (1/96)
JS 45 (1/96)