IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 1:12CR167

DENORRIS HOWELL

### GOVERNMENT'S RESPONSE AGREEING TO
### MOTION FOR SENTENCE REDUCTION
### PURSUANT TO 18 U.S.C. § 3582(c)(2)

The defendant has filed a Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), asking that his sentence be reduced from 71 months incarceration to 57 months incarceration. Based on a review of the Federal Sentencing Guidelines and application of Amendment 782 to the defendant's sentence, the government does not object to the reduction suggested.

Respectfully submitted,

FELICIA C. ADAMS
United States Attorney

*/s/ Paul D. Roberts*
By:
    PAUL D. ROBERTS
Assistant United States Attorney
Mississippi Bar No. 5592

## **CERTIFICATE OF SERVICE**

I, PAUL D. ROBERTS, Assistant United States Attorney for the Northern District of Mississippi, hereby certify that I electronically filed the foregoing **GOVERNMENT'S RESPONSE AGREEING TO MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)** with the Clerk of the Court using the ECF system which sent notification of such filing to:

Gregory S. Park, Esq.
Greg_park@fd.org

This the __13th__ day of ___May___, 2015.

___/s/ Paul D. Roberts___
PAUL D. ROBERTS
Assistant United States Attorney